**No. 66785.**—Hoyt, Shepston & Sciaroni and Fred E. Barnett Co. *v.* United States, protest 60/24074 (San Francisco).

Opinion by Rao, J. In accordance with oral stipulation of counsel that the items of merchandise in question, described on the invoice as "200 $CO_2$ Cylinders, 36 gram," and identified in pencil as "Kidde life jacket inflators," $4\frac{1}{2}$ ounces each, are the immediate containers for carbon dioxide weighing with the immediate containers and carton, not over 1 pound per carton, the claim of the plaintiffs was sustained.

**No. 66786.**—West Coast Mercantile *v.* United States, protests 59/9742 and 61/16365 (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *National Carloading Corp. et al.* v. *United States* (48 C.C.P.A. 70, C.A.D. 767), the claim of the plaintiff was sustained.

**No. 66787.**—Franklin B. Howland et al. *v.* United States, protests 61/2570, etc. (San Francisco).

Opinion by Rao, J. In accordance with oral stipulation of counsel that the items of merchandise in question consist of so-called toroidal cores; have a multitude of uses; are not used solely with telephonic or communicative equipment; and are of a type which is suitable for controlling, distributing, modifying, or producing electrical energy, the claim of the plaintiffs was sustained.